IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL OWENS,

        Plaintiff,                                      ORDER

v.

                                                    09-cv-511-slc

DONNA JOHNSON,

        Defendant.

---

Plaintiff Daniel Owens claims that defendant Donna Johnson acted with deliberate indifference to plaintiff's serious medical needs when she failed to treat his pressure ulcer adequately. Now before the court is plaintiff's motion to compel defendant to produce copies of medical records that he requested in discovery at no cost to him. As defendant points out, Fed. R. Civ. P. 34(a)(1)(A) requires only that a party produce documents for inspection and copying. It does not require that copies be provided free of charge to a party. This should not surprise plaintiff; the November 23, 2009 preliminary pretrial conference order states:

> This court will not make copies for you and it will not give you money to make copies. If you are in an institution, you must use your own money or money from your legal loan account to pay for copies. If you have reached your loan limit, or if you think you will reach it during this case, then you must plan accordingly.

Dkt. 10 at 3.

ORDER

IT IS ORDERED that plaintiff's motion to compel defendant to produce copes to him at no charge, dkt. 21, is DENIED.

Entered this 1st day of March, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge