IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL OWENS,

    Plaintiff,

v.

DONNA JOHNSON, JEFF HALL and
ARNOLD POTEK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-511-slc

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed.

_____     ___9/8/10___
Peter Oppeneer, Clerk of Court          Date